UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROBERT DAVID GULLEDGE

Case No. 3:24-cr-180-TJC-SJH
18 U.S.C. § 1001
(False Statement to a Federal Agency)

### INDICTMENT

The Grand Jury charges:

**A.  Introduction**

At all times material to this Indictment:

1. ROBERT DAVID GULLEDGE, a United States citizen, served in the United States Marine Corps from on or about September 9, 1983, through on or about December 20, 1989. The United States Marine Corps honorably discharged GULLEDGE on or about December 20, 1989.

2. GULLEDGE received two Form DD-214s, Certificate of Release or Discharge from Active Duty, identifying his positions held and decorations received during his military service. GULLEDGE's most recent, authentic DD-214, issued on or about December 20, 1989, specifically listed that GULLEDGE had served as a "Field Radio Operator" for three years and nine months and a "Water Safety Survival Instructor" for two years and seven months.

3. Sometime in or before 2009, GULLEDGE used a fraudulently created Form DD-214 containing false information about his military service (the "fraudulent Form DD-214") when applying for employment. Specifically, the fraudulent Form DD-214 listed positions that GULLEDGE had never served in, including, "Reconnaissance Man, Parachute, and Scuba Instructor" for fourteen years and three months, "Counter Intelligence/HUMINT" for eight years and two months, and "Fire Support TFSO/NGF" for fourteen years and eleven months. The fraudulent Form DD-214 also listed decorations or awards that GULLEDGE had never received.

## COUNT ONE
### (False Statement to a Federal Agency)

4. Paragraphs 1 through 3 are incorporated by reference.

5. On or about August 25, 2023, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT DAVID GULLEDGE,

did knowingly and willfully use a false writing or document, knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, by submitting or causing to be submitted a Form DD-214, Certificate of Release or Discharge from Active Duty, containing false information, to the United States Department of State, as part of an application for an employment position with Company-1, a government contractor.

In violation of 18 U.S.C. § 1001(a)(3).

ROGER B. HANDBERG
United States Attorney

By: *Kelly S. Milliron*
KELLY S. MILLIRON
Assistant United States Attorney

By: *[signature]*
For CHERIE KRIGSMAN
Assistant United States Attorney
Deputy Chief, National Security

3

FORM OBD-34
8/21/24 Revised

No. 

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERT DAVID GULLEDGE

## INDICTMENT

Violation:   18 U.S.C. § 1001



Filed in open court this __21st__ day

of August, 2024.

_____
Clerk

Bail   $_____

GPO 863 525